UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-400-MMD-GWF |
| CONSTANCE C. FENTON, | ) | |
| Defendant. | ) | ORDER |

On January 28, 2013, the Court granted Lance Hester, Esq.'s "Defense Counsel's Motion to Withdraw" (#64) and granted Michael R. Pandullo, Esq.'s request to be appointed by the Court to replace of Mr. Hester (#67). Therefore;

IT IS HEREBY ORDERED that Michael R. Pandullo, Esq. is appointed as counsel for Constance C. Fenton in place of Lance Hester, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Hester shall forward the file to Mr. Pandullo forthwith.

DATED this 28th day of January, 2013.

Nunc Pro Tunc Date: January 28, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge