MICHAEL R. PANDULLO, ESQ.
Nevada Bar No. 10707
400 S. Fourth St. #500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Facsimile: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Constance Fenton*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANCE FENTON,<br><br>Defendant. | Case No. 2:12-cr-400-JAD-GWF-3<br><br>**STIPULATION TO EXTEND SURRENDER DATE TO ALLOW FOR MEDICAL TREATMENT** |

COMES NOW the Defendant, CONSTANCE FENTON, by and through her counsel of record, MICHAEL R. PANDULLO, ESQ., and pursuant to stipulation by the parties as set forth below, hereby requests that this Honorable Court extend the Defendant's surrender date to allow for medical treatment. In support hereof, the Defendant gives the Court to understand as follows:

1. On October 24, 2012 the United States filed a 20-count Indictment charging Ms. Fenton and her co-defendants with various crimes relating to an investment scheme.

2. On September 17, 2014, Ms. Fenton entered a plea of guilty to Count 9 of the Indictment, Conspiracy to Commit Money Laundering (18 USC §1956(h)).

3. This matter came before the Court for sentencing on March 2, 2015. With respect to incarceration, the Court ordered Ms. Fenton to serve 6 months incarceration in the U.S. Bureau of Prisons (BOP), followed by 3 years of supervised release, the first 6 months to be spent on home detention.

4. The Court provided Ms. Fenton with a self-surrender date of June 2, 2015.

5. During her annual mammogram on March 11, 2015, doctors discovered a tumor in Ms. Fenton's right breast. The tumor is cancerous and must be removed. She is scheduled to visit with her surgeon on June 1, 2015 to set the date of the lumpectomy. Once the results are known, her physicians can advise regarding the need for additional treatment.

6. Ms. Fenton is requesting a 30-day extension of her June 2, 2015 surrender date to allow time for her lumpectomy surgery to be performed and the results evaluated.

7. The Assistant United States Attorney stipulates to the extension.

WHEREFORE, the Defendant requests that this Honorable Court extend her surrender date of June 2, 2015 for a period of 30 days.

RESPECTFULLY SUBMITTED this 29th day of May, 2015.

MICHAEL R. PANDULLO, ESQ.


/s/ Michael R Pandullo
MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Constance Fenton*

STIPULATED AND AGREED TO:


/s/ Steven W Myhre
STEVEN W. MYHRE, ESQ.
Assistant United States Attorney

| | |
|---|---|
| MICHAEL R. PANDULLO, ESQ.<br>Nevada Bar No. 10707<br>400 S. Fourth St. #500<br>Las Vegas, Nevada 89101<br>Telephone: (702) 580-4936<br>Facsimile: (702) 405-0826<br>Email: michael.pandullo@gmail.com<br>*Attorney for Defendant Constance Fenton* | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANCE FENTON,<br><br>Defendant. | Case No. 2:12-cr-400-JAD-GWF-3<br><br>**ORDER TO EXTEND<br>SURRENDER DATE TO ALLOW<br>FOR MEDICAL TREATMENT** |

THIS MATTER having come before the Court upon the Stipulation of the parties submitted by the Defendant, CONSTANCE FENTON, by and through her counsel of record, MICHAEL R. PANDULLO, ESQ., and good cause appearing, the Court hereby finds as follows:

1. On October 24, 2012 the United States filed a 20-count Indictment charging Ms. Fenton and her co-defendants with various crimes relating to an investment scheme.

2. On September 17, 2014, Ms. Fenton entered a plea of guilty to Count 9 of the Indictment, Conspiracy to Commit Money Laundering (18 USC §1956(h)).

3. This matter came before the Court for sentencing on March 2, 2015. With respect to incarceration, the Court ordered Ms. Fenton to serve 6 months incarceration in the U.S. Bureau of Prisons (BOP), followed by 3 years of supervised release, the first 6 months to be spent on home detention.

4. The Court provided Ms. Fenton with a self-surrender date of June 2, 2015.

5. During her annual mammogram on March 11, 2015, doctors discovered a tumor in Ms. Fenton's right breast. The tumor is cancerous and must be removed. She is scheduled to visit with her surgeon on June 1, 2015 to set the date of the lumpectomy. Once the results are known, her physicians can advise regarding the need for additional treatment.

6. Ms. Fenton is requesting a 30-day extension of her June 2, 2015 surrender date to allow time for her lumpectomy surgery to be performed and the results evaluated.

7. The Assistant United States Attorney stipulates to the extension.

THEREFORE, IT IS HEREBY ORDERED, that the Defendant's request to extend her surrender date of June 2, 2015 for a period of 30 days is hereby GRANTED.

IT IS FURTHER ORDERED that the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[✓] by 12:00 Noon on _July 2, 2015_.

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

ORDERED this _29th_ day of _May_, 2015.

BY THE COURT

_____
U.S. DISTRICT JUDGE