Michael R. Pandullo, Esq.
Nevada Bar No. 10707
400 S. Fourth St. #500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Facsimile: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Constance Fenton*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANCE FENTON,<br><br>Defendant. | Case No. 2:12-cr-400-JAD-GWF-3<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND SURRENDER DATE TO ALLOW FOR MEDICAL TREATMENT (THIRD EXTENSION)** |

COMES NOW the Defendant, CONSTANCE FENTON, by and through her counsel of record, MICHAEL R. PANDULLO, ESQ., and pursuant to stipulation by the parties as set forth below, hereby requests that this Honorable Court extend the Defendant's surrender date to allow for medical treatment. In support hereof, the Defendant gives the Court to understand as follows:

1. On October 24, 2012 the United States filed a 20-count Indictment charging Ms. Fenton and her co-defendants with various crimes relating to an investment scheme.

2. On September 17, 2014, Ms. Fenton entered a plea of guilty to Count 9 of the Indictment, Conspiracy to Commit Money Laundering (18 USC §1956(h)).

3. This matter came before the Court for sentencing on March 2, 2015. With respect to incarceration, the Court ordered Ms. Fenton to serve 6 months incarceration in the U.S. Bureau

1

of Prisons (BOP), followed by 3 years of supervised release, the first 6 months to be spent on home detention.

4. The Court provided Ms. Fenton with a self-surrender date of June 2, 2015.

5. During her annual mammogram on March 11, 2015, doctors discovered a tumor in Ms. Fenton's right breast.

6. On May 29, 2015, Ms. Fenton filed a Stipulation to extend the surrender date to allow time for further medical evaluation and treatment. The Court granted the request by Order filed May 29, 2015, extending the surrender date 30 days to July 2, 2015.

7. On June 30, 2015, Ms. Fenton filed a second Stipulation to extend the surrender date to allow her to undergo a Lumpectomy and post-operative care, to include either radiation or chemotherapy, as determined by her doctor. The Court granted the request by Order filed July 1, 2015, extending the surrender date 90 days to October 2, 2015.

8. Ms. Fenton now submits this third Stipulation to extend the surrender date to allow for ongoing cancer treatment.

9. More specifically, the Lumpectomy was performed July 16, 2015. The post-operation pathology report indicated radiation treatment. However, the treatment had to be delayed because, following the operation, Ms. Fenton developed an infection (Cellulitis) and an irregular heart beat (Atrial Fibrillation). The infection has since cleared up but the heart condition remains. She will be meeting with her cardiologist on September 25, 2015. At the conclusion of the appointment, the cardiologist will contact Ms. Fenton's primary physician to advise whether radiation can proceed without further delay. If so, she will undergo the radiation treatment five days per week, for approximately seven weeks. Ms. Fenton is currently 71 years old.

10. Medical records documenting the foregoing have been provided to the Assistant United States Attorney.

11. The probation officer supervising Ms. Fenton's release in the State of Washington, Mark Okano, is aware of the status of her ongoing medical treatment. Mr. Okano is supportive

of this third extension, as confirmed by telephone on September 22, 2015. He reports Ms. Fenton continues to be fully compliant with the conditions of her release.

12. The Assistant United States Attorney stipulates to a 30-day extension.

WHEREFORE, the Defendant requests that this Honorable Court extend her surrender date of October 2, 2015 for a period of 30 days, and that the Court put this matter on its calendar for hearing.

RESPECTFULLY SUBMITTED this 1st day of October, 2015.

MICHAEL R. PANDULLO, ESQ.

/s/ Michael R Pandullo
MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Constance Fenton*

STIPULATED AND AGREED TO:

/s/ Steven W Myhre
STEVEN W. MYHRE, ESQ.
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Defendant's self-surrender date of October 2, 2015 is hereby extended to the 2nd day of November, 2015.

IT IS FURTHER ORDERED that this matter come before the Court for hearing on the 8th day of October, 2015, at 9:30 a.m. in Courtroom 6D.

BY THE COURT

JENNIFER A. DORSEY
United States District Judge