# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0400-JAD-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| CONSTANCE C. FENTON, | (Doc. 445) |
| Defendant. | |

Constance Fenton was sentenced to six months custody followed by six months of home arrest during her three years of supervised release. Her self-surrender date of June 2, 2015, has been extended four times because Fenton is undergoing radiation therapy for cancer at her own expense. When granting her last extension request (Doc. 441), I cautioned that I would not extend this date again without extraordinary circumstances and warned that I would not consider Ms. Fenton's current medical conditions or need for continued treatment for those conditions "extraordinary circumstances." (Doc. 442). Fenton moves for a final 30-day extension because she started a new medication that requires monitoring through March 2, 2016. (Doc. 445, 445-1). I am cognizant that cancer treatment is serious and that Fenton's medical conditions are also serious, but Fenton's offense of conviction was, too. Although I will grant this final, brief extension request, I will not grant another based on Fenton's treatment plan, a change in her treatment plan or medication, or a desire by Fenton or her medical-care providers for her continuity of care or treatment. Ms. Fenton's fifth request to extend her self-surrender date **(Doc. 445) is GRANTED. SHE MUST SELF-SURRENDER BY NOON ON MARCH 4, 2016**. Ms. Fenton must make arrangements with the Bureau of Prisons for her treatment beyond that date because I will not extend this date again without truly extraordinary circumstances; I will not consider Fenton's

treatment plan, a change in her course of treatment or medication, or a desire by Fenton or her medical-care providers for her continuity of care or treatment to be extraordinary circumstances.

Dated: February 3, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE