UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00400-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | ORDER TO RETURN SURRENDERED PASSPORTS |
| CONSTANCE C. FENTON, | |
| Defendant. | |

    On November 1, 2012, defendant Constance Fenton surrendered two passports, Nos. 076403952 and 072508344, to the Clerk of Court pursuant to the Court's pretrial release order. Defendant plead guilty and was sentenced on March 2, 2015 (ECF No. 390). Therefore, the Clerk is hereby directed to return the passports to the U.S. Department of State, Office of Legal Affairs.

    IT IS SO ORDERED.

    Dated: July 1, 2019.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE